730 A.2d 351

IN THE MATTER OF THOMAS E. PRIMAVERA,
AN ATTORNEY AT LAW.

June 14, 1999.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **THOMAS E. PRIMAVERA** of **FREEHOLD**, who was admitted to the bar of this State in 1975, and who was suspended from the practice of law for a period of eighteen months effective November 18, 1997, by Order of this Court·dated February 23, 1999, be restored to the practice of law, effective immediately.